IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATHLEEN M. RIESE,<br><br>                Plaintiff,<br><br>v.<br><br>GEICO,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER ON SERVICE OF PROCESS**<br><br>Case No.  2:15-cv-00386-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

On June 9, 2015, the Court granted Plaintiff Kathleen M. Riese leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (ECF No. 2.)  Subsequently, District Judge Dee Benson referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 4.)

Rule 4 requires a court to serve process for plaintiffs it has authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court.  The court *must* so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 . . . .") (emphasis added); *see Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003) ("When a plaintiff is granted in forma pauperis status, the district court is required to serve process for the plaintiff.").

The Complaint does not provide Defendant Geico's address.  **Therefore, the Court first ORDERS Ms. Riese to file a Notice by Wednesday, June 22, 2016 containing the**

1

**Defendant's address, along with the address of the Defendant's registered agent or other person authorized to accept service of process.**

After Ms. Riese supplies the necessary information regarding where to serve the Defendant, the Court DIRECTS the Clerk of Court to prepare a summons for the Defendant in this case. The United States Marshals Service shall serve a completed summons, a copy of the Complaint, and a copy of this Order upon the Defendant.

DATED this 7th day of June, 2016.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge