IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KATHLEEN M. RIESE, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> GEICO, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br><br> Case No. 2:15-CV-386 <br><br> Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on July 16, 2018, recommending that this case be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 14th day of August, 2018.

Dee Benson
United States District Judge